Earl J. Washington Attorney at Law
EARL J. WASHINGTON (SBN: 311143)
1049 Havenhurst Drive, # 507
West Hollywood, California  90046
Telephone: (213) 265-2493
Email: earl.j.washington@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL J. WASHINGTON and LOLA MITSUK,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ZACKERY WILLIAM WECHSLER, an individual; RONALD PETER JACOBUS III, an individual; ALFREDO GARCIA, an individual; JOHNNY ALEJANDRO RIOS, an individual; KIRK STUWART ANDERSON, an individual; MARCUS ANDREW EGGLESTON, an individual; ALLYA CZARINA KAHN, an individual; JEFFRI KENT NORAT, an individual; RICHARD ANGEL ACOSTA, an individual; CITY OF LOS ANGELES, a municipal corporation; and LOS ANGELES POLICE DEPARTMENT, a public entity,<br><br>    Defendants. | Case No. 2:22-cv-06256 FLA(Ex)<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>U.S. Magistrate Judge Charles F. Eick<br><br>**NOTICE OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER COMPELLING DEFENDANTS' COMPLIANCE WITH LOCAL RULE 37-2**<br><br>**[Declaration of Earl J. Washington and Proposed Order filed concurrently]**<br><br>Hearing Date:    June 28, 2024<br>Time:        9:30 a.m.<br><br>Complaint Filed:  March 18, 2022<br>Trial:        March 25, 2024 |

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE PLAINTIFFS EARL J. WASHINGTON** and **LOLA MITSUK** ("Plaintiffs") hereby apply ex parte for an order compelling **DEFENDANTS ZACKERY WILLIAM WECHSLER, RONALD PETER JACOBUS III, ALFREDO GARCIA, JOHNNY ALEJANDRO RIOS, KIRK STUWART ANDERSON, MARCUS ANDREW EGGLESTON, ALLYA CZARINA KAHN, JEFFRI KENT NORAT, RICHARD ANGEL ACOSTA, CITY OF LOS ANGELES,** and **LOS ANGELES POLICE DEPARTMENT's** ("Defendants") compliance with Local Rule 37-2. Plaintiffs' counsel provided prior notice of this ex parte application to defense counsel and informed same that Defendants are expected to respond to the ex parte application within twenty-four (24) hours of its filing. Plaintiffs' counsel believes that Defendants are likely to file a written objection. This ex parte application is based on this notice, the accompanying memorandum of points and authorities, the supporting declarations of counsel, the papers and pleadings on file with court, and any such additional matters as may be raised at the time for hearing.

Dated: June 27, 2024

EARL J. WASHINGTON
Attorney at Law


By:  ___/s/ Earl J. Washington___
EARL J. WASHINGTON
Attorney for Plaintiffs

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

Counsel of record for Plaintiffs certifies this brief contains 177 words and complies with the word limit of Local Rule 11-6.1.

Dated: June 27, 2024                 EARL J. WASHINGTON
                                     Attorney at Law


                                     By:  ___/s/ Earl J. Washington___
                                          EARL J. WASHINGTON
                                          Attorney for Plaintiffs

- 2 -

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

# P R O O F   O F   S E R V I C E

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California.  I am over the age of 18 and not a party to the within action; my business address is: 1049 Havenhurst Drive, # 507, West Hollywood, California, 90064.

On June 27, 2024, I served the document described as **NOTICE OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER COMPELLING DEFENDANTS' COMPLIANCE WITH LOCAL RULE 37-2** on all interested parties in this action as follows:

[X]    by electronically emailing the original true copies thereof addressed as follows:

Cory M. Brente
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
email address: cory.brente@lacity.org

Rebekah Young
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
email address: rebekah.young@lacity.org

Dordaneh Ghaemi
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
email address: dordaneh.ghaemi@lacity.org

[X]    BY EMAIL. Using the above email address.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: June 27, 2024                    By: _/s/ Shelly Houston_____
                                                        Shelly Houston

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

PROOF OF SERVICE