Earl J. Washington Attorney at Law
EARL J. WASHINGTON (SBN: 311143)
1049 Havenhurst Drive, # 507
West Hollywood, California  90046
Telephone: (213) 265-2493
Email: earl.j.washington@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL J. WASHINGTON and LOLA MITSUK,<br><br>          Plaintiffs,<br><br>      vs.<br><br>ZACKERY WILLIAM WECHSLER, an individual; RONALD PETER JACOBUS III, an individual; ALFREDO GARCIA, an individual; JOHNNY ALEJANDRO RIOS, an individual; KIRK STUWART ANDERSON, an individual; MARCUS ANDREW EGGLESTON, an individual; ALLYA CZARINA KAHN, an individual; JEFFRI KENT NORAT, an individual; RICHARD ANGEL ACOSTA, an individual; CITY OF LOS ANGELES, a municipal corporation; and LOS ANGELES POLICE DEPARTMENT, a public entity,<br><br>         Defendants. | Case No. 2:22-cv-06256 FLA(Ex)<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>U.S. Magistrate Judge Charles F. Eick<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER COMPELLING DEFENDANTS COMPLIANCE WITH LOCAL RULE 37-2**<br><br>**[Declaration of Earl J. Washington and Proposed Order filed concurrently]**<br><br>Hearing Date:    June 28, 2024<br>Time:          1:30 p.m.<br><br>Complaint Filed:  March 18, 2022<br>Trial:           March 25, 2024 |

- 1 -

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Plaintiffs require court intervention to encourage Defendants to abide the Federal Rules of Civil Procedure, Local Rules of the Central District of California and Pretrial Orders of this court. Plaintiffs delivered to Defendants half of a Joint Stipulation on Plaintiffs' Motion to Compel Further Discovery Responses to Plaintiffs' March 2023 and September 2023 discovery requests. This required that Defendants serve their portion within seven (7) days of receipt of Plaintiffs' portion, but this never occurred. Rather, Defendants decided to not provide their portion of the Joint Stipulation or agree to meet and confer with Plaintiffs' counsel pursuant to the requirements of the Scheduling Order (*Dkt*. # 15), L.R. 37-1, and L.R. 37-4. Plaintiffs are therefore required to seek the following relief from this court ex parte.

### II.   STATEMENT OF FACTS

Plaintiffs filed a civil rights complaint against Defendants on March 18, 2022 and Defendants subsequently removed the case to federal court. *See, e.g., Dkt*. 1. On March 31, 2023, Plaintiffs served interrogatories on Defendants Zackery William Wechsler, Ronald Peter Jacobus III, City of Los Angeles and Los Angeles Police Department. Responses were due May 3, 2023. On May 1, 2023, Wechsler, Jacobus, City and LAPD provided inadequate, evasive and incomplete responses made up of primarily blanket objections. Jacobus did not provide a signed verification in support of his response, but submitted the verification (in the form of

- 1 -

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

an amendment) two days late on May 5, 2023. On September 13, 2023, Plaintiffs served **(i)** interrogatories and requests for admission on Defendants Wechsler, Jacobus, Alfredo Garcia, Johnny Alejandro Rios, Kirk Stuwart Anderson, Marcus Andrew Eggleston, Allya Czarina Kahn and Jeffri Kent Norat; **(ii)** deposition notices on Wechsler, City and LAPD; and **(iii)** requests for production to City and LAPD. Responses to written discovery were due October 13, 2023. The depositions never took place. On October 13, 2023, Defendants provided inadequate, evasive and incomplete responses made up of primarily blanket objections. On October 26, 2023, Plaintiffs' served Defendants with six (6) detailed letters that identified to Defendants inadequate responses and objections not supported by the Federal Rules of Civil Procedure, Local Rules or case law precedent. The letters included detailed points and authorities explaining to Defendants the factual and legal basis supporting a further response to Plaintiffs' discovery requests. A copy of the letters and related email to defense counsel are attached as **exhibit 1** to the concurrently filed supporting Declaration of Earl J. Washington (Decl. Washington) attached to this ex parte application as Attachment # 3 and entered as *Dkt*. # 93. Defendants never provided a response to the letters. After significant effort and the passage of time, Plaintiffs' counsel successfully arranged for an in-person conference of counsel necessary for satisfying the requirements of L.R. 37-1 in the case of discovery disputes. The conference of counsel occurred on February 22, 2024 and lasted for about an hour and a half. Several topics were discussed at the meeting, including the subject of Defendants' inadequate discovery responses to Plaintiffs'

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

March 2023 and September 2023 written discovery requests, but the parties never resolved their disagreements. For this reason, Plaintiffs drafted a Joint Stipulation on Plaintiffs' Motion to Compel Further Discovery Responses. On June 6, 2023, Plaintiffs' counsel emailed a letter to defense counsel with copies of Plaintiffs' portion of the Joint Stipulation and supporting documents attached. A copy of the email and resulting exchange between counsel is attached as **exhibit 2** to Decl. Washington. The letter informed defense counsel that Defendants were required to provided their portion of the Joint Stipulation within seven (7) days of receipt of Plaintiffs' portion. *Id*. This meant a response was due on June 13, 2024. Plaintiffs' counsel, however, graciously extended the time for response an additional seven (7) days, thereby moving the date of production to June 20, 2024. *Id*. On June 20, 2024, defense counsel stated that Defendants would not comply with L.R. 37-2 or provide their portion of the Joint Stipulation. *Id*. Plaintiffs' counsel urged Defendants to comply and requested that the parties meet and confer on the possibility of an ex parte application or noticed motion to compel Defendants' compliance with L.R. 37-2, but these talks failed. *Id*. For these reasons, Plaintiffs are filing an ex parte application seeking an order from the court compelling Defendants' compliance with L.R. 37-2.

## III.   <u>LEGAL STANDARD</u>

"Discovery motions are handled by the Magistrate Judge assigned to [this] case." *See*, *e.g.*, page 4:25-26 of the Scheduling Order entered as *Dkt*. # 15; *see also*, Fed. R. Civ. P. 16(b) (*delineating* the powers of the court to control its

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

calendar). L.R. 37-1, L.R. 37-2, L.R. 37-3 and L.R. 37-4 control the procedures for resolving discovery disputes between the parties during the course of this litigation. L.R. 37-1 requires the moving party of a dispute to propose a conference of counsel to take place in person at the office of the moving party. L.R. 37-2 requires both parties to prepare a Joint Stipulation (for submission to the court) if they are unable to resolve their disagreement in the conference of counsel. L.R. 37-2.1 describes the required format and contents of the Joint stipulation, while L.R. 37-2.2 describes the procedures for service of each parties' portion of the Joint Stipulation. The moving party is required to serve ("via personal[] deliver[y], e-mail, or fax") their portion first and the opposing party must submit their portion within seven (7) days of receiving the moving party's portion. C.D. Cal. R. 37-2.2. The parties are subject to sanctions should they be found in violation of these rules. *See*, *e.g.*, C.D. Cal. R. 37-4; *see also*, *Chambers v. Nasco, Inc.* (1991) 501 U.S. 32, 34 (*observing* that "[c]ourts of justice are universally acknowledged to be vested, by their very creation, with power to impose silence, respect, and decorum, in their presence, and submission to their lawful mandates."); C.D. Cal. R. 83-3 (*recognizing* the court's inherent power to control legal proceedings and discipline attorneys) & C.D. Cal. R. 83-7 (*outlining* available remedies to address a parties' violation of the Local Rules).

**IV.    THE COURT SHOULD ISSUE AN ORDER COMPELLING DEFENDANTS TO SERVE ON PLAINTIFFS (VIA EMAIL) THEIR PORTION OF THE JOINT STIPULATION REQUIRED BY LOCAL RULE 37-2**

- 4 -

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

The court should compel Defendants to follow the Local Rules and orders of this court that require Defendants to participate in discovery, make themselves available to meet and confer and meet their obligations to serve on Plaintiffs their half of the Joint Stipulation required by L.R. 37-2. Defendants have provided no valid excuse as to why they have failed to provide their portion of the Joint Stipulation. Defendants were provided with detailed letters explaining the reasons Defendants' discovery responses were inadequate and points and authorities supporting a further response. *See*, *e.g.*, **exhibit 1** attached to Decl. Washington. Defendants were given an opportunity to meet and confer with opposing counsel regarding the dispute in the parties in-person conference of counsel taking place on February 22, 2024. Defense counsel had a period of nearly eight months to consider Plaintiffs' proposed motion to compel because Plaintiffs (i) sent the first detailed notice of the disagreement to Defendants on October 26, 2023 and (ii) provided a unilateral seven (7) day extension after service of Plaintiffs' portion of the Joint Stipulation. On these facts, there is no excuse or substantial justification for Defendants' noncompliance. Defendants' failure or refusal to comply with L.R. 37-2 violates L.R. 37-4 and the Scheduling Order, and implicates the necessity of L.R. 83-3, L.R. 83-7, and the court's inherent powers.

## V.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request from the court an Order Compelling Defendants' Compliance with Local Rule 37-2. A proposed

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

order granting Plaintiffs' ex parte request is attached hereto as Attachment # 2 and entered as *Dkt*. # 93.

Dated: June 27, 2024                    EARL J. WASHINGTON
                                        Attorney at Law


                                        By:    _/s/ Earl J. Washington_
                                               EARL J. WASHINGTON
                                               Attorney for Plaintiffs

- 6 -

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

Counsel of record for Plaintiffs certifies this brief contains 1,313 words and complies with the word limit of Local Rule 11-6.1.

Dated: June 27, 2024                    EARL J. WASHINGTON
                                        Attorney at Law


                                        By:  _____*/s/ Earl J. Washington*_____
                                             EARL J. WASHINGTON
                                             Attorney for Plaintiffs

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE

# P R O O F   O F   S E R V I C E

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California.  I am over the age of 18 and not a party to the within action; my business address is: 1049 Havenhurst Drive, # 507, West Hollywood, California, 90064.

On June 27, 2024, I served the document described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER COMPELLING DEFENDANTS COMPLIANCE WITH LOCAL RULE 37-2** on all interested parties in this action as follows:

[X]    by electronically emailing the original true copies thereof addressed as follows:

Cory M. Brente
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
email address: cory.brente@lacity.org

Rebekah Young
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
email address: rebekah.young@lacity.org

Dordaneh Ghaemi
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
email address: dordaneh.ghaemi@lacity.org

[X]    BY EMAIL. Using the above email address.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: June 27, 2024          By: ____*/s/ Shelly Houston*____
                                        Shelly Houston

EARL J. WASHINGTON
ATTORNEY AT LAW
LOS ANGELES

PROOF OF SERVICE